**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

**Paul Blackmer**

    **v.**                                                                                       Case No. 03-cv-275-PB

**NH State Prison, Warden**


**O R D E R**

The August 6, 2012 Order is hereby vacated.  I am recused from presiding over all cases involving Paul Blackmer.  The clerk is directed to assign this matter to another judge.

SO ORDERED.


                                                 /s/Paul Barbadoro
                                                 Paul Barbadoro
                                                 United States District Judge

August 21, 2012

cc:  Paul Blackmer, pro se