UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

**Paul Blackmer**

    **v.**                                                                Case No. 03-cv-275-PB

**NH State Prison, Warden**

**O R D E R**

The August 6, 2012 Order is hereby vacated. I am recused from presiding over all cases involving Paul Blackmer. The clerk is directed to assign this matter to another judge.

SO ORDERED.

                                                      /s/Paul Barbadoro
                                                      Paul Barbadoro
                                                      United States District Judge

August 21, 2012

cc: Paul Blackmer, pro se